IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
Case no. 1:23-CR-48-MR-WCM

UNITED STATES OF AMERICA

v.

JOSEPH REED MITCHELL

ORDER

This matter is before the Court on the Government's Motion to Unseal. Doc. 6.

The motion is **GRANTED** and the Clerk is **RESPECTFULLY DIRECTED TO UNSEAL** this case.

It is so ordered.

Signed: November 16, 2023

W. Carleton Metcalf
United States Magistrate Judge